# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Hightower Holding, LLC, et al.

                                            Plaintiff,

v.                                                                                  Case No.: 1:23−cv−15616
                                                                                      Honorable Manish S. Shah

Faiza Kedir, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 11, 2025:

       MINUTE entry before the Honorable Manish S. Shah: Motion hearing held. For the reasons stated on the record, the motion for protective order and to quash [93] is denied. Fact discovery is extended to 12/17/25. The parties have leave to take a second deposition of defendant Kedir, limited to four additional hours. The parties shall file a joint status report on fact discovery progress by 10/14/25. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.