IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HIGHTOWER HOLDING, LLC, and HIGHTOWER ADVISORS, LLC, | § § § | |
| *Plaintiffs*, | § § § | |
| vs. | § § | Case Number: 1:23-cv-15616 |
| FAIZA KEDIR, STEWARD PARTNERS INVESTMENT ADVISORY, LLC, STEWARD PARTNERS INVESTMENT SOLUTIONS, LLC, and STEWARD PARTNERS GLOBAL ADVISORY, LLC, | § § § § § § § § | |
| *Defendants*. | § | |

## JOINT STATUS REPORT

Pursuant to the Court's August 23, 2024, December 10, 2024, January 3, 2025, March 3, 2025, and May 30, 2025, August 13, 2025, and September 11, 2025 Orders, Plaintiffs Hightower Holding, LLC and Hightower Advisors, LLC and Defendants Faiza Kedir, Steward Partners Investment Advisory, LLC, Steward Partners Investment Solutions, LLC, and Steward Partners Global Advisory, LLC (the "Parties") submit this Joint Status Report:

**I.  Status on Discovery.**

The Parties exchanged initial disclosures on October 18, 2024. The Parties propounded written discovery last year, exchanged documents and took three depositions in connection with adjudicating Plaintiffs' Application for a Preliminary Injunction. Plaintiffs served discovery requests on April 17, 2025, on all Defendants. Defendants served discovery responses on June 6, 2025 and June 9, 2025. As of today's date, Defendants have not produced any additional documents responsive to the April 17, 2025 discovery requests, but are in the process of collecting responsive documents. Plaintiffs took two depositions in September 2025 and have noticed

deposition dates for Defendants and third parties and anticipate completing those depositions in early December 2025 after they have received and reviewed Defendants' document production which is anticipated to be produced in mid to late November 2025. Defendants anticipate noticing an additional deposition as well.

Defendants served their discovery requests on August 15, 2025, and Plaintiffs served responses on September 15, 2025 and September 16, 2025. As of today's date, Plaintiffs have not produced any additional responsive documents to the August 15, 2025 requests, but are in the process of collecting responsive documents. The Parties have been working in good faith throughout this litigation, and believe a one-month extension until January 19, 2026 to complete discovery will be in the Parties' best interest.

II. Schedule for Expert Discovery and Dispositive Motions.

The Parties believe that after the completion of fact discovery, they will have the necessary information to prepare a schedule for expert discovery and dispositive motions.

Dated this 14th day of October, 2025.

Respectfully submitted,

| HENNEMAN RAU & KIRKLIN LLP | ROCHE LAW GROUP, LLC |
|---|---|
| By: /s/ *Matthew B. Henneman*<br>Matthew B. Henneman<br>815 Walker Street, Suite 1440<br>Houston, Texas 77002<br>Phone: 713-955-6030<br>Fax: 713-955-6141<br>Email: mhenneman@hrklaw.com | By: /s/ *Michael T. Roche*<br>Michael T. Roche<br>1603 Orrington Avenue, Suite 600<br>Evanston, IL 60201<br>Phone: 312-565-8333<br>Email: mroche@rochelawgroup.com |
| **ATTORNEYS FOR PLAINTIFFS, HIGHTOWER HOLDING, LLC AND HIGHTOWER ADVISORS, LLC** | **ATTORNEYS FOR DEFENDANTS FAIZA KEDIR, STEWARD PARTNERS INVESTMENT ADVISORY, LLC, STEWARD PARTNERS INVESTMENT SOLUTIONS, LLC, AND STEWARD PARTNERS GLOBAL ADVISORY, LLC** |