IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **HIGHTOWER HOLDING, LLC, and HIGHTOWER ADVISORS, LLC,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**FAIZA KEDIR, STEWARD PARTNERS INVESTMENT ADVISORY, LLC, STEWARD PARTNERS INVESTMENT SOLUTIONS, LLC, and STEWARD PARTNERS GLOBAL ADVISORY, LLC,**<br><br>*Defendants*. | ) | **Case Number: 1:23-cv-15616** |

**JOINT STATUS REPORT**

Pursuant to the Court's February 11, 2026 Order, Plaintiffs Hightower Holding, LLC and Hightower Advisors, LLC ("Hightower") and Defendants Faiza Kedir ("Kedir") and Steward Partners Investment Advisory, LLC, Steward Partners Investment Solutions, LLC, and Steward Partners Global Advisory, LLC (collectively, "Steward Partners") (all together, the "Parties") submit this Joint Status Report:

**I. Settlement Discussions.**

The Parties have reached a settlement agreement in principle and are working together to finalize a settlement agreement.

**II. Status on Discovery.**

On February 10, 2026, the Parties jointly filed a Motion to Extend Fact Discovery, limited to Depositions, to allow the Parties time to explore the possibility of resolving the matter. On February 11, 2026, the Court granted the Parties' Motion to Extend Fact Discovery and extended the deadline for the Parties to complete depositions to March 31, 2026.

Presently, Plaintiffs' depositions of Steward Partners, Kedir, and third-party Folio Investments, Inc., d/b/a Goldman Sachs Custody Solutions have not yet been rescheduled. Defendants' deposition of Hightower has also not yet been rescheduled. The Parties have postponed rescheduling the depositions in light of the settlement discussions. Out of an abundance of caution the Parties believe believe that a thirty (30) day extension until April 30, 2026 to complete depositions in the event a settlement is not reached will be in the Parties' best interest.

**III. Schedule for Expert Discovery and Dispositive Motions.**

The Parties believe that closer to the completion of the depositions, they will have the necessary information to prepare a schedule for expert discovery and dispositive motions and respectfully request to provide a proposed schedule on April 23, 2026.

Nonetheless, should the Court desire to enter a schedule for expert discovery, the Parties propose the following schedule:

Plaintiffs shall serve their Rule 26(a)(2) disclosures by July 31, 2026;

Plaintiffs' expert shall be deposed by August 31, 2026;

Defendants shall serve their Rule 26(a)(2) disclosures by September 30, 2026;

Plaintiffs' expert shall be deposed by October 30, 2026; and

Dispositive Motions shall be filed by November 30, 2026.

Dated this 11th day of March, 2026.

Respectfully submitted,

**HENNEMAN RAU & KIRKLIN LLP**

By: __/s/ *Matthew B. Henneman*__
Matthew B. Henneman
815 Walker Street, Suite 1440
Houston, Texas 77002
Phone: 713-955-6030
Fax: 713-955-6141
Email: mhenneman@hrklaw.com

**ATTORNEYS FOR PLAINTIFFS, HIGHTOWER HOLDING, LLC AND HIGHTOWER ADVISORS, LLC**

**ROCHE LAW GROUP, LLC**

By: _/s/ *Michael T. Roche*___
Michael T. Roche
1603 Orrington Avenue, Suite 600
Evanston, IL 60201
Phone: 312-565-8333
Email: mroche@rochelawgroup.com

**ATTORNEYS FOR DEFENDANTS FAIZA KEDIR, STEWARD PARTNERS INVESTMENT ADVISORY, LLC, STEWARD PARTNERS INVESTMENT SOLUTIONS, LLC, AND STEWARD PARTNERS GLOBAL ADVISORY, LLC**