**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **HIGHTOWER HOLDING, LLC, and HIGHTOWER ADVISORS, LLC,**<br><br>***Plaintiffs*,**<br><br>**v.**<br><br>**FAIZA KEDIR, STEWARD PARTNERS INVESTMENT ADVISORY, LLC, STEWARD PARTNERS INVESTMENT SOLUTIONS, LLC, and STEWARD PARTNERS GLOBAL ADVISORY, LLC,**<br><br>***Defendants*.** | **)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)** | **Case Number: 1:23-cv-15616** |

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's March 12, 2026 Order, Plaintiffs Hightower Holding, LLC and Hightower Advisors, LLC ("Hightower") and Defendants Faiza Kedir ("Kedir") and Steward Partners Investment Advisory, LLC, Steward Partners Investment Solutions, LLC, and Steward Partners Global Advisory, LLC (collectively, "Steward Partners") (all together, the "Parties") submit this Joint Status Report:

**I. Settlement Discussions.**

The Parties have reached a settlement in principle and continue to work together to finalize a settlement agreement.

**II. Status on Discovery.**

On March 11, 2026, the Parties jointly requested to extend the deadline to complete depositions.

On March 12, 2026, the Court granted the Parties' request and stayed the pending depositions.

Dated this 23rd day of April, 2026.

Respectfully submitted,


**HENNEMAN RAU & KIRKLIN LLP**

By: /s/ *Matthew B. Henneman*
Matthew B. Henneman
815 Walker Street, Suite 1440
Houston, Texas 77002
Phone: 713-955-6030
Fax: 713-955-6141
Email: mhenneman@hrklaw.com

**ATTORNEYS FOR PLAINTIFFS, HIGHTOWER HOLDING, LLC AND HIGHTOWER ADVISORS, LLC**

**ROCHE LAW GROUP, LLC**

By: /s/ *Michael T. Roche*
Michael T. Roche
1603 Orrington Avenue, Suite 600
Evanston, IL 60201
Phone: 312-565-8333
Email: mroche@rochelawgroup.com

**ATTORNEYS FOR DEFENDANTS FAIZA KEDIR, STEWARD PARTNERS INVESTMENT ADVISORY, LLC, STEWARD PARTNERS INVESTMENT SOLUTIONS, LLC, AND STEWARD PARTNERS GLOBAL ADVISORY, LLC**