**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| HIGHTOWER HOLDING, LLC, and<br>HIGHTOWER ADVISORS, LLC,<br><br>*Plaintiffs*,<br><br>vs.<br><br>FAIZA KEDIR, STEWARD PARTNERS<br>INVESTMENT ADVISORY, LLC,<br>STEWARD PARTNERS INVESTMENT<br>SOLUTIONS, LLC, and STEWARD<br>PARTNERS GLOBAL ADVISORY, LLC,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case Number: 1:23-cv-15616 |

**JOINT MOTION FOR ENTRY OF AGREED STIPULATED INJUNCTION**

Plaintiffs Hightower Holding, LLC and Hightower Advisors, LLC ("Hightower") and Defendants Faiza Kedir ("Kedir") and Steward Partners Investment Advisory, LLC, Steward Partners Investment Solutions, LLC, and Steward Partners Global Advisory, LLC (collectively, "Steward Partners") (all together, the "Parties") have settled this matter, and have executed a signed settlement agreement. The settlement agreement provides that the Parties will conclude this case by filing an agreed stipulated injunction that will expire on December 17, 2026.

Dated this 23rd day of June, 2026.

Respectfully submitted,

**HENNEMAN RAU & KIRKLIN LLP**

By: /s/ *Matthew B. Henneman*
Matthew B. Henneman
815 Walker Street, Suite 1440
Houston, Texas 77002
Phone: 713-955-6030
Fax: 713-955-6141
Email: mhenneman@hrklaw.com

**ATTORNEYS FOR PLAINTIFFS, HIGHTOWER HOLDING, LLC AND HIGHTOWER ADVISORS, LLC**

**ROCHE LAW GROUP, LLC**

By: /s/ *Michael T. Roche*
Michael T. Roche
1603 Orrington Avenue, Suite 600
Evanston, IL 60201
Phone: 312-565-8333
Email: mroche@rochelawgroup.com

**ATTORNEYS FOR DEFENDANTS FAIZA KEDIR, STEWARD PARTNERS INVESTMENT ADVISORY, LLC, STEWARD PARTNERS INVESTMENT SOLUTIONS, LLC, AND STEWARD PARTNERS GLOBAL ADVISORY, LLC**