**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| HIGHTOWER HOLDING, LLC, and HIGHTOWER ADVISORS, LLC, | § | |
| *Plaintiffs*, | § | |
| vs. | § | Case Number: 1:23-cv-15616 |
| FAIZA KEDIR, STEWARD PARTNERS INVESTMENT ADVISORY, LLC, STEWARD PARTNERS INVESTMENT SOLUTIONS, LLC and STEWARD PARTNERS GLOBAL ADVISORY, LLC, | § | |
| *Defendants*. | § | |

**<u>STIPULATED INJUNCTION</u>**

WHEREAS, on September 22, 2023, Defendant Faiza Kedir terminated her employment with Plaintiffs Hightower Holding, LLC and Hightower Advisors, LLC (collectively, "Hightower"), and her affiliation with the Hightower's business unit known as Landsberg Bennett Private Wealth Management ("LBPWM"), to associate with Steward Partners Global Advisory, LLC;

WHEREAS, on November 2, 2023, Hightower filed an Original Complaint and Application for Injunctive Relief against Defendant Faiza Kedir ("Kedir");

WHEREAS, Hightower and Kedir, by and through their respective counsel, deem it prudent and advisable to enter into a Stipulated Injunction to be in effect through December 17, 2026.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys of record for Hightower and Kedir as follows:

1. Kedir is enjoined and restrained, directly or indirectly, through December 17, 2026 (the "Restricted Period") from initiating contact with, requesting, soliciting, or encouraging any Customer of Hightower/LBPWM for the purpose of: (a) transferring the Customer's accounts away from Hightower/LBPWM to work with Kedir; or (b) terminating or reducing the Customer's relationships with Hightower.

2. Nothing in Paragraph 1 of this Order shall prohibit Kedir from: (1) providing financial services to any Customer of Hightower/LBPWM who has already transferred some or all accounts from Hightower; (2) doing business with any customer who already transferred accounts to Steward Partners Investment Solutions, LLC before the date of this Stipulated Injunction; or (3) responding to communications from Customers of Hightower/LBPWM that are initiated by such Customers, provided that Kedir shall keep a log of all such Customers who initiate contact with her, including the identity of the Customer, the date on which the contact was made and the mode of contact.

3. Hightower and Kedir further stipulate that by entering into this Stipulated Injunction, and by consenting to it being so ordered by the Court, Kedir does not agree to or admit any liability or wrongdoing, nor shall this Stipulated Injunction be deemed an admission of liability or wrongdoing.

4. For the purposes of this Order:

   a. "Customer" or "Customers" shall mean any person that: (a) after the date that is twelve (12) months before the date of this Stipulated Injunction, received any type of investment management, investment advisory, brokerage or other product, service and/or advice from Hightower/LBPWM, and (b) about whom Kedir learned during the course of her employment at Hightower/LBPWM or whose client files Kedir had access to as a result of her employment at Hightower/LBPWM.

5. This Court shall retain jurisdiction to enforce the terms of this Stipulated Injunction during the Restricted Period. Upon expiration of the Restricted Period, this Stipulated Injunction shall dissolve on its own and will be no longer of any force or effect.

**IT SO ORDERED** on this 24th day of June 2026.

______________________________
Hon. Manish S. Shah

AGREED AS TO FORM AND SUBSTANCE:

**HENNEMAN RAU & KIRKLIN LLP**

By: *s/ Matthew B. Henneman*
Matthew B. Henneman
Bar Number 00790865
Federal ID No. 21661
815 Walker Street, Suite 1440
Houston, Texas 77002
Phone 713-955-6030
*mhenneman@hrklaw.com*

*Attorneys for Plaintiffs Hightower Holding, LLC and Hightower Advisors, LLC*

**ROCHE LAW GROUP, LLC**

By: *s/ Michael T. Roche*
Michael T. Roche
Bar Number 6278337
1603 Orrington Ave., Suite 600
Evanston, Illinois 60201
Phone 312-565-8333
*mroche@rochelawgroup.com*

*Attorneys for Defendant Faiza Kedir*