HRK

HENNEMAN RAU & KIRKLIN LLP
ARBITRATION & TRIAL LAWYERS

815 Walker Street • Suite 1440 • Houston, Texas 77002 • 713.955.6030

Matthew B. Henneman

mhenneman@hrklaw.com
713.955.6110

June 24, 2026

Hon. Manish S. Shah
Courtroom: 1919
219 South Dearborn Street,
Chicago, IL 60604

Re: Case Number: 1:23-cv-15616; *Hightower Holding, LLC and Hightower Advisors, LLC v. Faiza Kedir, Steward Partners Global Advisory, LLC, Steward Partners Investment Solutions, LLC, and Steward Partners Investment Advisory, LLC*

Dear Judge Shah:

On June 23, 2026, the parties submitted a Joint Motion for Entry of Agreed Stipulated Injunction in accordance with the terms of their signed settlement agreement. By Minute Entry dated May 29, 2026, the Court ordered the parties to file a stipulation of dismissal by June 24, 2026 or attend an in-person status hearing on June 30, 2026 to discuss next steps in the case.

Pursuant to the terms of the signed settlement agreement, the parties have agreed to take all steps necessary to dismiss with prejudice all claims asserted in this litigation within five days after the Stipulated Injunction dissolves. Per its terms, the stipulated injunction will dissolve after December 17, 2026.

In light of the foregoing, the parties respectfully request that the Court rescind its requirement that the parties file a stipulation of dismissal by June 24, 2026 or attend an in-person status hearing on June 30, 2026. In the alternative, the parties respectfully request that they be permitted to attend the June 30, 2026 hearing telephonically.

The parties have conferred and submit this request jointly. Thank you for your consideration.

Sincerely,

*/s/ Matthew B. Henneman*

Matthew Henneman